

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00095-CV
_____


IN RE BILL ATER AND CODY WYRICK


Original Mandamus Proceeding


Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

On October 5, 2021, Bill Ater and Cody Wyrick (collectively Relators) filed a motion for emergency relief pending a decision by this Court on their petition for a writ of mandamus. The motion for emergency relief asks this Court to stay the trial court's October 1, 2021, orders compelling Relators to, among other things, divulge alleged attorney-client privileged communications in depositions beginning October 6 at 11:00 a.m. This Court has asked real parties in interest to provide a response to Relators' petition for a writ of mandamus.

After reviewing Relators' motion for emergency relief, this Court is of the opinion that the temporary relief requested should be granted and that the October 1, 2021, orders of the trial court referenced above should be stayed pending the ruling of this Court on Relators' petition for a writ of mandamus.

Therefore, the trial court's October 1, 2021, orders are hereby stayed pending the ruling of this Court on the mandamus petition before us in this case.

IT IS SO ORDERED.

BY THE COURT

Date: October 6, 2021